## IN THE SUPREME COURT OF PENNSYLVANIA
### MIDDLE DISTRICT

COMMONWEALTH OF PENNSYLVANIA,   :   No. 536 MAL 2020

Respondent   :

  :   Petition for Allowance of Appeal
  :   from the Order of the Superior Court

v.   :

JOSHUA MICHAEL PROPER,   :

Petitioner   :

## ORDER

**PER CURIAM**

    **AND NOW**, this 30th day of March, 2021, the Petition for Allowance of Appeal is **DENIED**.